AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| RICHARD BUDYRK, on behalf of himself and those similarly situated <br> *Plaintiff(s)* <br> v. <br> CONSOLIDATED CREDIT COUNSELING SERVICES, INC. <br> A Florida Corporation and HOWARD DVORKIN <br> *Defendant(s)* | Civil Action No.37EX829; 5/Cnqpci c lQ)Uwrkxcp |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  HOWARD DVORKIN
5701 WEST SUNRISE BLVD
STE 200
FORT LAUDERDALE, FL 33313

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  CELLER LEGAL, P.A.
RICHARD CELLER, ESQUIRE
7450 GRIFFIN ROAD, SUITE 230
DAVIE, FLORIDA 33314
(866) 344-9243
E-mail:  richard@floridaovertimelawyer.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Apr 14, 2015



Steven M. Larimore
Clerk of Court

**SUMMONS**

*s/ S. Reid*

Deputy Clerk
U.S. District Courts