UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

RICHARD BUDYRK, on behalf of
himself and those similarly situated,　　　　　CASE NO.: 0:15-cv-60793-XXXX

　　　　Plaintiff,

v.

CONSOLIDATED CREDIT COUNSELING
SERVICES, INC., A Florida Corporation
and HOWARD DVORKIN, Individually,

　　　　Defendants.
_____/

**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE**

　　　　Plaintiff, RICHARD BUDYRK ("Plaintiff") by and through his undersigned counsel, hereby files their response to this Court's April 28, 2015 Order to Show Cause [DE 8] and states as follows:

1.　　Plaintiff's Counsels' failure to timely submit the Statement of Claim as required by this Court was not a result of delay or a failure to prosecute by the parties and therefore should not result in the dismissal of this case.

2.　　Plaintiff's Counsel inadvertently calendared the deadline for April 29, 2015, instead of April 28, 2015.

3.　　 Plaintiff's Counsel filed the Statement of Claim on April 29, 2015[DE 9].

**WHEREFORE**, the parties' Counsel respectfully requests the Court refrain from dismissing this action.

Dated this 29th day of April, 2015.

                                             Respectfully submitted,

                                             **/s RICHARD CELLER**
                                             RICHARD CELLER, ESQ.
                                             Florida Bar No.0173370
                                             RICHARD CELLER LEGAL, P.A.
                                             7450 Griffin Road, Suite 230
                                             Davie, Florida 33314
                                             Telephone: (866) 344-9243
                                             Fax: 954-337-2771
                                             E-Mail:
                                             Richard@floridaovertimelawyer.com

                                             *Trial Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of April, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, and via US Mail to Defendants:

**HOWARD DVORKIN**
**5701 WEST SUNRISE BLVD**
**STE 200**
**FORT LAUDERDALE, FL 33313**
**(Certified Tracking # 7013 3020 0001 1383 5160**)


**HERMAN, GARY S -Registered Agent for**
**CONSOLIDATED CREDIT COUNSELING SERVICES, INC,**
**5701 WEST SUNRISE BLVD**
**STE 200**
**FORT LAUDERDALE, FL 33313**
**(Certified Tracking # 7013 3020 0001 1383 5153**)


                                                                **/s/ RICHARD CELLER**
                                                                Richard Celler, Esquire