UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No.: 15-CV-60793

RICHARD BUDRYK, on behalf of
himself and those similarly situated,

   Plaintiff,

vs.

CONSOLIDATED CREDIT COUNSELING
SERVICES, INC., a Florida Corporation and
HOWARD DVORKIN, individually,

   Defendants.
_____/

### DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and the Court's May 20, 2014 Order [D.E. 14], Consolidated Credit Counseling Services, Inc. ("Consolidated Credit") and Howard Dvorkin ("Dvorkin") (collectively, "Defendants") provides the following corporate disclosures and list of any and all persons, associated persons, firms, partnerships, and/or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to the parties.

1. Corporate Disclosures

Consolidate Credit Counseling Services, Inc. is a Florida not-for-profit corporation. No publicly held corporation owns more than 10% or more of Consolidated Credit Counseling Services, Inc.

2. <u>Interested Persons</u>

- Defendant Consolidate Credit Counseling Services, Inc.;
- Defendant Howard Dvorkint;
- Plaintiff, Richard Budryk;
- Richard B. Celler, Esq., Counsel for Plaintiff;
- Celler Legal, P.A., attorneys for Plaintiff;
- Michael R. Tricarico, Esq., Counsel for Defendants;
- Kelly M. Pena, Esq., Counsel for Defendants;
- Ogletree, Deakins, Nash, Smoak & Stewart, P.C., attorneys for Defendants.

**DATED** this 3rd day of June, 2015.

Respectfully submitted,

OGLETREE, DEAKINS, NASH,
  SMOAK & STEWART, P.C.
701 Brickell Avenue, Suite 1600
Miami, Florida 33131-2813
Telephone:  305.374.0506
Facsimile:   305.374.0456


<u>/s/ Michael Tricarico</u>
Michael R. Tricarico
  Florida Bar No. 0937071
  michael.tricarico@ogletreedeakins.com
Kelly M. Peña
  Florida Bar No. 106575
  kelly.pena@ogletreedeakins.com

*Counsel for Defendants, Consolidated Credit Counseling Services, Inc. and Howard Dvorkin*

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on June 3, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                */s/ Michael Tricarico*
                                                Michael R. Tricarico

## SERVICE LIST

United States District Court, Southern District of Florida
**Case No.: 15-CV-60793**
*Richard Budryk on behalf of himself and those similarly situated vs.
Consolidated Credit Counseling Services, Inc., a Florida Corporation and Howard Dvorkin*

Richard B. Celler, Esq.
 Florida Bar No. 0173370
 Richard@floridaovertimelawyer.com
CELLER LEGAL, P.A.
7450 Griffin Road, Suite 230
Davie, Florida 33314
Telephone: 866.344.9243
Facsimile:  954.337.2771

*Counsel for Plaintiff, Richard Budryk, on behalf of himself and those similarly situated*

Method of Service:  CM/ECF


Michael R. Tricarico
 Florida Bar No. 0937071
 michael.tricarico@ogletreedeakins.com
Kelly M. Peña
 Florida Bar No. 106575
 kelly.pena@ogletreedeakins.com
OGLETREE, DEAKINS, NASH,
 SMOAK & STEWART, P.C.
701 Brickell Avenue, Suite 1600
Miami, Florida 33131-2813
Telephone: 305.374.0506
Facsimile:  305.374.0456

*Counsel for Defendants, Consolidated Credit Counseling Services, Inc. and Howard Dvorkin*

21399918.1

4