UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

RICHARD BUDYRK,

                              CASE NO.: 0:15-cv-60793-CMA

    Plaintiff,

v.

CONSOLIDATED CREDIT COUNSELING
SERVICES, INC., a Florida Corporation and
HOWARD DVORKIN, individually,

    Defendants.
_____/

## **PLAINTIFF'S NOTICE OF COMPLIANCE WITH COURT ORDER**

Pursuant to Court Order [DE 20], Plaintiff, Richard Budyrk,("Plaintiff") by and through his undersigned counsel, hereby gives notice that Plaintiff has complied with the Order and has served on Counsel for Defendants' a copy Plaintiff's Statement of Claim [DE 9] on June 8, 2015. Defendants' must file a response to Plaintiff's Statement of Claim on or before June 29, 2015.

Dated this 10th day of June, 2015.

                                      Respectfully submitted,

                                      RICHARD CELLER LEGAL, P.A.
                                      7450 Griffin Road, Suite 230
                                      Davie, Florida 33314
                                      Telephone: (866) 344-9243
                                      Facsimile:  (954) 337-2771
                                      E-mail:
                                      richard@floridaovertimelawyer.com

2

        **/s RICHARD CELLER**
        RICHARD CELLER, ESQ.
        Florida Bar No.0173370

*Trial Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 10, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which I understand will send a copy of same to all counsel of record.

        **/s/ RICHARD CELLER**
        RICHARD CELLER, ESQ.