UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

RICHARD BUDYRK, on behalf of himself and those similarly situated, CASE NO.: 0:15-cv-60793-XXXX

Plaintiff,

v.

CONSOLIDATED CREDIT COUNSELING SERVICES, INC., A Florida Corporation and HOWARD DVORKIN, Individually,

Defendants.
______________________________________/

**AMENDED STIPULATION FOR DISMISSAL WITHOUT PREJUDICE[1]**

Plaintiff, Richard Budryk ("Plaintiff"), and Defendants, CONSOLIDATED CREDIT COUNSELING SERVICES, INC, AND HOWARD DVORKIN ("Defendants")(collectively, "Parties"), pursuant to Federal Rule of Civil Procedure 41(a) by and through their respective undersigned counsel, do hereby stipulate and agree to the dismissal of all claims by the Plaintiff against all Defendants, without prejudice.

Dated this 18th day of June, 2015.

Respectfully submitted,

RICHARD CELLER LEGAL, P.A.
7450 Griffin Road, Suite 230
Davie, Florida, 33328
Telephone: (954) 243-4295
Facsimile: (954) 337-2771
Email:
richard@floridaovertimelawyer.com

*/s Richard Celler, Esq.*
Richard Celler, Esq.
Florida Bar No. 173370

*Attorney for Plaintiff*

Respectfully submitted,

Ogletree, Deakins, Nash,
Smoak & Stewart, P.C
701 Brickell Avenue, Ste. 1600
Miami, Florida 33131-2813
Telephone: (305) 374.0506
Facsimile: (305) 374.0456
Email: Kelly.Pena@ogletreedeakins.com

*s/Kelly M. Pena*
Kelly M. Peña, Esq.
Florida Bar No.: 106575

*Attorney for Defendants*

---

1 Plaintiff filed a Stipulation for Dismissal on June 18, 2015[DE 26], dismissing Defendant, Consolidated Credit Counseling Services, Inc. solely in error. Plaintiff is dismissing his claims against all named Defendants in this case.